Case 1:08-cv-01918-UNA   Document 3   Filed 11/06/08   Page 1 of 2

FILED
NOV - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward B. Baltimore, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1918 |
| ) | |
| The Judicial Legislative and Executive Branches ) | |
| of Federal Gov't(s) *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(i).

Plaintiff, a resident of Washington, D.C., sues all three branches of the federal government, "all States of the United States since 1968," and all presidents and vice presidents from President Jimmy Carter to the present, save President Ronald Reagan. Compl. at 1. Plaintiff claims that defendants, lawyers and world leaders have, among other misdeeds, "failed miserably . . . by knowingly conspir[ing] to deprive oppress, maim, torture, torment [and] compromise the lives of people citizens of the world [and have] molested the minds of infants [and] newborns . . . ." *Id.*

Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d



3

56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. This complaint qualifies for such treatment. Hence, a separate Order of dismissal accompanies this Memorandum Opinion.

<div style="text-align:right">

/s/ _____
United States District Judge

</div>

Date: October 10, 2008